## WILLIAMS, ET AL. V. FINCH, ET AL.

*Action on Detinue Bond.*

(Decided June 30, 1906.   41 So. Rep. 834.)

APPEAL from Coosa Circuit Court.
Heard before Hon. S. L. BREWER.
D. H. RIDDLE, for appellant.
FELIX L. SMITH, for appellee.
Reversed and remanded.
Opinion by DENSON, J.
WEAKLEY, C. J., and HARALSON and DOWDELL, JJ., concur.

---

## DECATUR CAR-WHEEL CO. V. TERRY.

*Damages for Personal Injury.*

(Decided June 30, 1906.   41 So. Rep. 859.)

APPEAL from Jefferson Circuit Court.
Heard before Hon. A. A. COLEMAN.
WEATHERLY & STOKELY, for appellant.
DENSON & DENSON, for appellee.
Affirmed.
Opinion by SIMPSON, J.
TYSON, ANDERSON and DENSON, JJ., concur.

---

## FALKNER V. HUDSON, ET AL.

*Specific Performance.*

(Decided July 6, 1906.   41 So. Rep. 844.)

APPEAL from Chambers Chancery Court.
Heard before Hon. W. W. WHITESIDE.
E. M. OLIVER, for appellant.
R. J. HOOTEN, for appellee.
Reversed and rendered.
DOWDELL, ANDERSON and DENSON, JJ., concur.